# UNITED STATED DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE
## AT GREENVILLE, TENNESSEE

| | | |
|---|---|---|
| KENNY COLLINS | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Docket No.: 2:12-cv-00486** |
| v. | ) | **Jury Demand** |
| | ) | |
| LOWES HOME CENTERS, INC., | ) | |
| BRAD BALES and JAMES | ) | |
| FREEMAN | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Parties hereby submit this

Joint Stipulation of Dismissal of this action with prejudice.

DATED this 11TH day of March, 2014.


**APPROVED FOR ENTRY:**

O'NEIL, PARKER & WILLIAMSON, PLLC

By: /s/ N. Craig Strand
Jeff R. Thompson
7610 Gleason Drive, Suite 200
Knoxville, TN 37919
*Attorneys for the Plaintiff*


BASS, BERRY & SIMS PLC

By: /s/ Tim K. Garrett
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6200
tgarrett@bassberry.com
*Attorneys for Defendant*

12902988.1